UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
at Covington

JOSE AYALA SAUCEDO,                    )
                                       )
        Plaintiff,                     )       Civil Action No. 2:25-cv-00191-SCM
                                       )
v.                                     )
                                       )       **ORDER**
KRISTI NOEM, et al.,                   )
                                       )
        Respondents.                   )
                                       )

\*\*\*  \*\*\*  \*\*\*  \*\*\*

Jose Ayala Saucedo, through counsel, recently filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. [Dkt. 1]. Saucedo claims that he is being improperly detained by United States Immigration and Customs Enforcement at the Kenton County Detention Center located in Covington, Kentucky. [Dkt. 1, at 1]. Among other things, Saucedo requests that this Court order his release. [Dkt. 1, at 28].

Having reviewed Saucedo's Petition pursuant to 28 U.S.C. § 2243, the undersigned concludes that further briefing is required to adjudicate his claims. Thus, the Court will require the Respondents to respond to Saucedo's pleading within 14 days.[1]

Accordingly, **IT IS ORDERED** as follows:

1)      The Clerk of the Court is directed to send a copy of Saucedo's Petition [Dkt. 1] and this Order to both (a) the United States Attorney's Office for the Eastern District of Kentucky, and (b) Marc Fields, Jailer at the Kenton County Detention Center.

---

[1] District Judges in this District have required responses to similar Petitions within a similar timeframe. *See Ramirez Sanchez v. Jailer Jason Maydak, et al.*, Civil Action No. 2:25-142-SCM, Dkt. 7 (Reeves, J.). Upon good cause shown, Respondents may move for a brief period of additional time to respond to Saucedo's Petition.

2)      **Within 14 days from the entry of this Order**, the United States Attorney's Office for the Eastern District of Kentucky and Marc Fields are directed to file a response to Saucedo's pleading.  The response should be in the form of a memorandum addressing the factual allegations and legal claims contained in the pleading.  Neither a formal motion to dismiss nor a motion for summary judgment is appropriate for these proceedings.  The Respondents also should attach any relevant documentary evidence to the response brief.

3)      Once the Respondents file their response(s), the Petitioner may file a reply **within 14 days**.  The Court will then further consider the Petition and enter any appropriate Orders.

Signed this 9th day of December, 2025.

S. Chad Meredith, District Judge
United States District Court
Eastern District of Kentucky